UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | CRIMINAL NO.: 2:10-cr-00671-FSH-1 |
| | : | |
| | : | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| MIGUEL CEJA-ALVAREZ, Defendant. | : | |

This matter having been opened to the Court upon an application by Paul Condon, Esq., appearing for Defendant Miguel Ceja-Alvarez, for an Order modifying the conditions of Defendant's pretrial release, and with no objection from Gary Pettiford of the District of New Jersey Pretrial Services, and with Assistant United States Attorney Sharon E. Ashe having no objection to the modifications of Pretrial Release, and for good and sufficient cause shown;

It is on this ___22nd___ day of October, 2010;

**ORDERED**, that the conditions of Defendant Miguel Ceja-Alvarez's pretrial release shall be modified as follows:

1. Defendant shall be permitted to leave his premises during the week in order to secure employment and work outside of his home as authorized and approved by Pretrial Services;

-1-

It is further **ORDERED** that the remaining conditions of pretrial supervised release, including electronic monitoring, shall remain in full effect.

---
HON. FAITH S. HOCHBERG