UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 10-671 (FSH) |
| v. | : | |
| | : | **ORDER** |
| MIGUEL CEJA-ALVAREZ | : | |
| Defendant. | : | |

This matter having come before the Court by Defendant Miguel Ceja-Alvarez, through his counsel A. Paul Condon, Esq., for an order extending the Defendant's surrender date to Lexington FMC from May 10, 2011 to a date after June 8, 2011 due to a pending surgical procedure; and the Government having no objection; and for good cause shown;

**IT IS** on this 4th day of May, 2011,

**ORDERED** that the Defendant voluntarily surrender to the Institution on a date and time to be determined by the Bureau of Prisons, but no sooner than June 20, 2011; it is further

**ORDERED** that the Clerk's Office provide two (2) certified copies of this Order to the U.S. Marshals Service, to be forwarded to the Bureau of Prisons.

                                                      s/ Faith S. Hochberg
                                                  United States District Judge