RECEIVED

JAN 30 2012

AT 8:30_____M
WILLIAM T. W____ CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| VS. | : | DEPOSIT FOR BAIL |
| Miguel Ceja-Alvarez | : | RECOG. NEW3203<br>Case No. DNJX209MJ003139-002<br>DNJX210CR000671-001 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for her appearance before this Court, and that the sum of Ten thousand dollars ($10,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 25th day of January, 2012

**ORDERED** that the sum of Ten thousand dollars ($10,000.00) so deposited as aforesaid be returned to Nolasco Monsalve, 212 Ocean Ave #2, Lakewood, NJ 08701 the surety of said recognizance.

*Jerome B Simandle*

Jerome B Simandle, CHIEF JUDGE
UNITED STATES DISTRICT COURT